Civil Action No. CV-20-8016-PCT-DLR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* All Reverse Mortgage, Inc.
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Caren Dahmus , Controller , who is
designated by law to accept service of process on behalf of *(name of organization)* All Reverse Mortgage, Inc.
2019 W. Chapman Ave. Orange, CA 92868     on *(date)*   01/23/2020   ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   01/23/2020

*Server's signature*

Frank Harrigan
*Printed name and title*

18013 Sky Park Circle, Suite C, Irvine, CA 92614
*Server's address*

Additional information regarding attempted service, etc: