Penny L. Koepke
pkoepke@hoalaw.biz
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: (480) 833-1001

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Classes*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 3:20-cv-08016-DLR |
| v. | **NOTICE OF SERVICE** |
| All Reverse Mortgage, Inc., a California corporation, | |
| Defendant. | |

    Plaintiff Brenda Whittaker hereby certifies that on January 23, 2020, through a process server, she served a copy of the Court's Order on 12(b) motions (dkt. 7) on Defendant along with the Complaint and Summons.

                                Respectfully submitted,

                                **Brenda Whittaker**, individually and on behalf of all others similarly situated,

Dated: February 3, 2020        By:  /s/ Taylor T. Smith
                                           One of Plaintiff's Attorneys

                                Penny L. Koepke

1

| | |
|---|---|
| 1 | Maxwell & Morgan, P.C. |
| 2 | 4854 E. Baseline Road, Suite 104 |
|   | Mesa, Arizona 85206 |
| 3 | 480-833-1001 |
|   | pkoepke@hoalaw.biz |
| 4 | |
| 5 | Patrick H. Peluso* |
|   | ppeluso@woodrowpeluso.com |
| 6 | Taylor T. Smith* |
|   | tsmith@woodrowpeluso.com |
| 7 | Woodrow & Peluso, LLC |
| 8 | 3900 East Mexico Ave., Suite 300 |
|   | Denver, Colorado 80210 |
| 9 | Telephone: (720) 213-0675 |
|   | Facsimile: (303) 927-0809 |
| 10 | |
| 11 | Attorneys for Plaintiff and the Classes |
| 12 | * *Pro Hac Vice* |

2