Ryan D. Watstein (*admitted pro hac vice*)
Florida Bar No. 93945
rwatstein@kcozlaw.com
Adamson B. Starr (*admitted pro hac vice*)
Georgia Bar No. 212325
astarr@kcozlaw.com
**KABAT CHAPMAN & OZMER LLP**
171 17th Street, Suite 1550
Atlanta, Georgia 30363
Telephone: (404) 400-7300
Fax:          (404) 400-7333

*Attorneys for Defendant All Reverse Mortgage, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
### (Prescott Division)

| | |
|---|---|
| Brenda Whittaker, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>All Reverse Mortgage, Inc.,<br><br>Defendant. | Case No. 3:20-cv-08016-DLR<br><br>**Defendant All Reverse Mortgage, Inc.'s <u>Consent</u> Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (First Request)** |

Under Civil Local Rule 7.3, Defendant All Reverse Mortgage, Inc. ("Defendant") moves this Court for a twenty-one (21) day extension of time to answer or otherwise respond to the Complaint (Dkt. 1) in this action, and states as follows:

1. Plaintiff Brenda Whittaker filed this action on January 16, 2020. (Dkt. 1.)

2. Plaintiff served Defendant on January 21, 2020, which makes February 11, 2020, the initial deadline for Defendant to file its responsive pleading. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

3. Defendant is still pursuing its investigation of the asserted allegations and requires additional time to complete that investigation and prepare an appropriate response to the Complaint.

1

4. Accordingly, Defendant asks for a short twenty-one (21) day extension of its response deadline—through and including March 2, 2020.

5. The requested extension is for good cause and is not designed to delay the ultimate resolution of this case.

6. *Plaintiff's counsel has consented to Defendant's request for this extension of time.*

7. This is Defendant's first request for extension of time to respond to Plaintiff's Complaint.

8. Fed. R. Civ. P. Rule 6(b) vests this Court with broad discretion to grant this extension.

9. Under L.R. Civ. 7.1(b)(2), Defendant has attached a proposed order for the Court's consideration as Exhibit A.

For these reasons, Defendant respectfully requests that the Court grant it until March 3, 2020, to answer or otherwise respond to the Complaint.

DATED:  February 11, 2020                    **KABAT CHAPMAN & OZMER LLP**

*/s/ Adamson B. Starr*
Adamson B. Starr (*admitted pro hac vice*)

Counsel for Defendant

2

**CERTIFICATE OF SERVICE**

I certify that on today I filed **DEFENDANT ALL REVERSE MORTGAGE, INC.'S CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT (FIRST REQUEST)** with the Clerk of Court using the CM/ECF system which automatically sends a notice of electronic filing to the following counsel of record in this action:

| | |
|---|---|
| Penny K. Koepke | Patrick H. Peluso |
| Maxwell & Morgan, P.C. | Taylor T. Smith |
| 4854 E. Baseline Road, Suite 104 | Woodrow & Peluso, LLC |
| Mesa, Arizona 85206 | 3900 East Mexico Avenue, Suite 300 |
| (480) 833-1001 | Denver, Colorado 80210 |
| pkoepke@holaw.biz | (720) 213-0675 |
| | ppeluso@woodrowpeluso.com |
| | tsmith@woodrowpeluso.com |

DATED:  February 11, 2020        */s/ Adamson B. Starr*
                                 Adamson B. Starr

                                 Counsel for Defendant