Penny L. Koepke
pkoepke@hoalaw.biz
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Telephone (480) 833-1001

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Classes*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>All Reverse Mortgage, Inc., a California corporation,<br><br>Defendant. | Case No. 3:20-cv-08016-DLR<br><br>**NOTICE OF FILING FIRST AMENDED CLASS ACTION COMPLAINT** |

      Pursuant to Local Civil Rule 15.1, Plaintiff Brenda Whittaker ("Plaintiff" or "Whittaker") hereby provides notice of filing her First Amended Class Action Complaint. The proposed First Amended Class Action Complaint, which indicates in what respect it differs from Plaintiff's initial Complaint (dkt. 1) is attached hereto as Exhibit A.

      Plaintiff files her First Amended Complaint with Defendant All Reverse Mortgage, Inc.'s written consent.

Respectfully submitted,

Dated: March 3, 2020

**BRENDA WHITTAKER**, individually and on behalf of all others similarly situated,

By: /s/ Patrick H. Peluso
      One of Plaintiff's Attorneys

1

Penny L. Koepke
pkoepke@hoalaw.biz
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Telephone (480) 833-1001

Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Classes

\* *Pro Hac Vice admission to be sought*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on March 3, 2020.

/s/ Patrick H. Peluso