# Exhibit A

Ryan D. Watstein (*pro hac vice*)
rwatstein@kcozlaw.com
**KABAT CHAPMAN & OZMER LLP**
171 17th Street, Suite 1550
Atlanta, Georgia 30363
Telephone: (404) 400-7300
Facsimile: (404) 400-7333

*Counsel for Defendant*
*All Reverse Mortgage, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
### (Prescott Division)

| | |
|---|---|
| Brenda Whittaker, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>All Reverse Mortgage, Inc.,<br><br>Defendant. | Case No: 3:20-cv-08016-DLR<br><br>**DECLARATION OF MICHAEL BRANSON IN SUPPORT OF DEFENDANT ALL REVERSE MORTGAGE, INC.'S MOTION TO STAY PROCEEDINGS**<br><br>Hon. Douglas L. Rayes<br><br>Complaint filed: January 16, 2020<br>FAC filed: March 3, 2020 |

I, MICHAEL BRANSON, declare as follows:

1. I am the Chief Executive Officer of ALL REVERSE MORTGAGE, INC. ("ARM"). In my role at ARM, I perform various job duties that support the operations of ARM.

2. The information contained herein is based on my personal knowledge along with my review of the business records maintained by ARM in the ordinary course of its regularly conducted business and made at or near the time by, or from information transmitted by, someone with knowledge. I routinely view, search, and interpret those records while performing my job duties. If called as a witness, I could and would testify competently to the matters discussed herein.

3. As part of my duties and responsibilities, I am personally familiar with ARM's business practices and financial status.

4. ARM is a small, privately-held company that has been severely impacted by the COVID-19 pandemic. In particular, ARM has lost upwards of 75% of its monthly revenue and the ability to provide certain types of loans that previously comprised between 20% and 30% of its business. Further, because COVID-19 has greatly affected the reverse mortgage loan market—for instance, by reducing per-loan revenue—ARM would still suffer significant economic hardship even if its sale volume returned to pre-pandemic levels.

5. The above significantly amplifies the financial strain caused by Ms. Whittaker's lawsuit.

6. ARM is also currently in the process of applying for financial assistance under the Coronavirus Aid, Relief, and Economic Security Act.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed on May 5, 2020 in Orange, California.

_____
MICHAEL BRANSON

DECLARATION OF MICHAEL BRANSON IN
SUPPORT OF DEFENDANT'S MOTION
TO STAY PROCEEDINGS