1  Ryan D. Watstein (admitted *pro hac vice*)
   Florida Bar No. 93945
2  rwatstein@kcozlaw.com
3  **KABAT CHAPMAN & OZMER LLP**
   171 17th Street, Suite 1550
4  Atlanta, Georgia 30363
   Telephone: (404) 400-7300
5  Facsimile: (404) 400-7333

6
   *Attorneys for Defendant*
7  *All Reverse Mortgage, Inc.*

8              **UNITED STATES DISTRICT COURT**
                  **DISTRICT OF ARIZONA**
9                   **(Prescott Division)**

10 Brenda Whittaker, individually and on
   behalf of all others similarly situated,
11
                                              Case No. 3:20-cv-08016-DLR
12              Plaintiff,
                                              **NOTICE OF SERVICE**
13 vs.

14 All Reverse Mortgage, Inc.,

15              Defendant.

16
          On May 26, 2020, Defendant All Reverse Mortgage, Inc., by counsel, served its
17
   production pursuant to the Mandatory Initial Discovery Project on the following counsel
18
   of record in this action via first-class mail and electronic mail.
19

20      Penny K. Koepke                    Patrick H. Peluso
        Maxwell & Morgan, P.C.             Taylor T. Smith
21      4854 E. Baseline Road,             Woodrow & Peluso, LLC
        Suite 104                          3900 East Mexico Avenue,
22      Mesa, Arizona 85206                Suite 300
        (480) 833-1001                     Denver, Colorado 80210
23      pkoepke@holaw.biz                  (720) 213-0675
                                           ppeluso@woodrowpeluso.com
24                                         tsmith@woodrowpeluso.com
25

26 DATED:  May 26, 2020                **KABAT CHAPMAN & OZMER LLP**

27                                     /s/ *Ryan D. Watstein*
                                       Ryan D. Watstein (admitted *pro hac vice)*
28                                     *Counsel for Defendant*

                                            1

1

## CERTIFICATE OF SERVICE

2          I certify that on May 26, 2020, the foregoing document was filed with the Court

3     using CM/ECF, which will send notification of such to counsel of record.

4

5     DATED:  May 26, 2020                    /s/ *Ryan D. Watstein*
                                              Ryan D. Watstein
6

7                                             *Counsel for Defendant*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28