# Exhibit B

EFILE,STAYED

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:20-cv-00150-RNC

Rease v. Charter Communications, Inc.
Assigned to: Judge Robert N. Chatigny
Cause: Telecommunications Act

Date Filed: 02/03/2020
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Daniel Rease**
*individually and on behalf of all others
similarly situated.*

represented by **James J. Reardon , Jr**
Reardon Scanlon LLP
45 South Main Street Suite 305
West Hartford, CT 06107
860-955-9455
Fax: 860-520-5242
Email: james.reardon@reardonscanlon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip Lawrence Fraietta**
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019
646-837-7150
Email: pfraietta@bursor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Charter Communications, Inc.**

represented by **Brian E. Moran**
Robinson & Cole LLP, Stamford
1055 Washington Boulevard 9th Floor
Stamford, CT 06901-2249
203-462-7512
Fax: 203-462-7599
Email: bmoran@rc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Watstein**
Kabat Chapman & Ozmer LLP
171 17th Street NW
Ste 1550
Atlanta, GA 30363

404-400-7300
Fax: 404-400-7333
Email: rwatstein@kcozlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Trevor Loomis Bradley**
Robinson & Cole LLP, Stamford
1055 Washington Boulevard 9th Floor
Stamford, CT 06901-2249
203-462-7562
Fax: 203-462-7599
Email: tbradley@rc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adamson Starr**
Kabat Chapman & Ozmer
171 17th Street NW
Suite 1550
Atlanta, GA 30363
678-637-2739
Email: astarr@kcozlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2020 | 1 | COMPLAINT -*CLASS ACTION* against Charter Communications, Inc. ( Filing fee $400 receipt number ACTDC-5671149.), filed by Daniel Rease. (Attachments: # 1 Civil Cover Sheet)(Reardon, James) (Entered: 02/03/2020) |
| 02/03/2020 | | Request for Clerk to issue summons as to Charter Communications, Inc.. (Reardon, James) (Entered: 02/03/2020) |
| 02/03/2020 | | Judge Robert N. Chatigny added. (Oliver, T.) (Entered: 02/03/2020) |
| 02/03/2020 | 2 | Order on Pretrial Deadlines: Amended Pleadings due by 4/3/2020. Discovery due by 8/4/2020. Dispositive Motions due by 9/8/2020.<br>Signed by Clerk on 2/3/2020.(Murphy, Tatihana) (Entered: 02/04/2020) |
| 02/03/2020 | 3 | ELECTRONIC FILING ORDER FOR COUNSEL - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Robert N. Chatigny on 02/3/2020.(Murphy, Tatihana) (Entered: 02/04/2020) |
| 02/03/2020 | 4 | STANDING PROTECTIVE ORDER<br>Signed by Judge Robert N. Chatigny on 2/3/2020.(Murphy, Tatihana) (Entered: 02/04/2020) |
| 02/04/2020 | 5 | NOTICE TO COUNSEL/SELF-REPRESENTED PARTIES : Counsel or self-represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 4 Standing Protective Order, 3 Electronic Filing Order, 2 Order on Pretrial Deadlines, 1 Complaint filed by Daniel Rease<br>Signed by Clerk on 02/04/2020.(Murphy, Tatihana) (Entered: 02/04/2020) |
| 02/04/2020 | 6 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to |

| | | |
|---|---|---|
| | | *Charter Communications, Inc.* with answer to complaint due within *21* days. Attorney *James J. Reardon, Jr* *Reardon Scanlon LLP* *45 South Main Street Suite 305* *West Hartford, CT 06107*. (Murphy, Tatihana) (Entered: 02/04/2020) |
| 02/10/2020 | 7 | SUMMONS Returned Executed by Daniel Rease. Charter Communications, Inc. served on 2/10/2020, answer due 3/2/2020. (Reardon, James) (Entered: 02/10/2020) |
| 02/24/2020 | 8 | NOTICE of Appearance by Trevor Loomis Bradley on behalf of Charter Communications, Inc. (Bradley, Trevor) (Entered: 02/24/2020) |
| 02/24/2020 | 9 | MOTION for Extension of Time until March 19, 2020 to answer or otherwise respond to Plaintiff's Class Action Complaint 1 Complaint by Charter Communications, Inc.. (Bradley, Trevor) (Entered: 02/24/2020) |
| 02/24/2020 | 10 | NOTICE of Appearance by Brian E. Moran on behalf of Charter Communications, Inc. (Moran, Brian) (Entered: 02/24/2020) |
| 02/24/2020 | 11 | ORDER granting 9 Unopposed Motion for Extension of Time to 3/19/2020 to answer or otherwise respond to Plaintiff's Class Action Complaint. Signed by Judge Robert N. Chatigny on 2/24/2020. (Rickevicius, L.) (Entered: 02/24/2020) |
| 02/24/2020 | | Answer deadline updated for Charter Communications, Inc. to 3/19/2020. (Rickevicius, L.) (Entered: 02/24/2020) |
| 03/05/2020 | 12 | MOTION for Attorney(s) Adamson B. Starr to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5732037) by Charter Communications, Inc.. (Bradley, Trevor) (Entered: 03/05/2020) |
| 03/05/2020 | 13 | AFFIDAVIT re 12 MOTION for Attorney(s) Adamson B. Starr to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5732037) Signed By Adamson B. Starr filed by Charter Communications, Inc.. (Attachments: # 1 Exhibit)(Bradley, Trevor) (Entered: 03/05/2020) |
| 03/05/2020 | 14 | MOTION for Attorney(s) Ryan D. Watstein to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5732094) by Charter Communications, Inc.. (Bradley, Trevor) (Entered: 03/05/2020) |
| 03/05/2020 | 15 | AFFIDAVIT re 14 MOTION for Attorney(s) Ryan D. Watstein to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5732094) Signed By Ryan D. Watstein filed by Charter Communications, Inc.. (Attachments: # 1 Exhibit)(Bradley, Trevor) (Entered: 03/05/2020) |
| 03/06/2020 | 16 | MOTION for Attorney(s) Philip L. Fraietta to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5734650) by Daniel Rease. (Attachments: # 1 Exhibit Certif. of Good Standing)(Reardon, James) (Entered: 03/06/2020) |
| 03/09/2020 | 17 | ORDER granting 16 Motion for Attorney Philip L. Fraietta to be Admitted Pro Hac Vice. Signed by Clerk on 3/9/2020. (Bozek, M.) (Entered: 03/09/2020) |
| 03/10/2020 | 18 | MOTION for Attorney(s) Adamson B. Starr to be Admitted Pro Hac Vice by Charter Communications, Inc.. (Bradley, Trevor) (Entered: 03/10/2020) |
| 03/10/2020 | 19 | AFFIDAVIT Signed By Adamson B. Starr filed by Charter Communications, Inc.. (Attachments: # 1 Exhibit)(Bradley, Trevor) (Entered: 03/10/2020) |
| 03/10/2020 | 20 | MOTION for Attorney(s) Ryan D. Watstein to be Admitted Pro Hac Vice by Charter Communications, Inc.. (Bradley, Trevor) (Entered: 03/10/2020) |
| 03/10/2020 | 21 | AFFIDAVIT re 20 MOTION for Attorney(s) Ryan D. Watstein to be Admitted Pro Hac Vice Signed By Ryan D. Watstein filed by Charter Communications, Inc.. (Attachments: # |

| | | |
|---|---|---|
| | | 1 Exhibit)(Bradley, Trevor) (Entered: 03/10/2020) |
| 03/12/2020 | 22 | ORDER granting 18 Motion to Appear Pro Hac Vice Certificate of Good Standing due by 5/11/2020. Signed by Clerk on 3/12/2020. (Murphy, Tatitana) (Entered: 03/12/2020) |
| 03/12/2020 | 23 | ORDER granting 20 Motion to Appear Pro Hac Vice Certificate of Good Standing due by 5/11/2020. Signed by Clerk on 3/12/2020. (Murphy, Tatitana) (Entered: 03/12/2020) |
| 03/12/2020 | 24 | ORDER denying as moot 12 Motion to Appear pro hac vice in light of ECF No. 22. Signed by Judge Robert N. Chatigny on 3/12/2020. (Rickevicius, L.) (Entered: 03/12/2020) |
| 03/12/2020 | 25 | ORDER denying as moot 14 Motion to Appear pro hac vice in light of ECF No. 23. Signed by Judge Robert N. Chatigny on 3/12/2020. (Rickevicius, L.) (Entered: 03/12/2020) |
| 03/16/2020 | 26 | CERTIFICATE OF GOOD STANDING re 20 MOTION for Attorney(s) Ryan D. Watstein to be Admitted Pro Hac Vice by Charter Communications, Inc. (Murphy, Tatitana) (Entered: 03/17/2020) |
| 03/16/2020 | 27 | CERTIFICATE OF GOOD STANDING re 18 MOTION for Attorney(s) Adamson B. Starr to be Admitted Pro Hac Vice by Charter Communications, Inc. (Murphy, Tatitana) (Entered: 03/17/2020) |
| 03/19/2020 | 28 | NOTICE of Appearance by Ryan Watstein on behalf of Charter Communications, Inc. (Watstein, Ryan) (Entered: 03/19/2020) |
| 03/19/2020 | 29 | NOTICE of Appearance by Adamson Starr on behalf of Charter Communications, Inc. (Starr, Adamson) (Entered: 03/19/2020) |
| 03/19/2020 | 30 | ANSWER to 1 Complaint with Affirmative Defenses by Charter Communications, Inc.. (Watstein, Ryan) (Entered: 03/19/2020) |
| 03/19/2020 | 31 | MOTION to Stay by Charter Communications, Inc..Responses due by 4/9/2020 (Watstein, Ryan) (Entered: 03/19/2020) |
| 03/19/2020 | 32 | NOTICE of Appearance by Philip Lawrence Fraietta on behalf of Daniel Rease (Fraietta, Philip) (Entered: 03/19/2020) |
| 03/30/2020 | 33 | Corporate Disclosure Statement by Charter Communications, Inc.. (Watstein, Ryan) (Entered: 03/30/2020) |
| 04/07/2020 | 34 | Consent MOTION for Extension of Time to File Response/Reply as to 31 MOTION to Stay until April 23, 2020 by Daniel Rease. (Fraietta, Philip) (Entered: 04/07/2020) |
| 04/08/2020 | 35 | ORDER granting 34 Motion for Extension of Time to File Response re 31 MOTION to Stay. Responses due by 4/23/2020. Signed by Judge Robert N. Chatigny on 4/8/2020. (Rickevicius, L.) (Entered: 04/08/2020) |
| 04/08/2020 | 36 | Set/Reset Deadlines as to 31 MOTION to Stay . Responses due by 4/23/2020. (Rickevicius, L.) (Entered: 04/08/2020) |
| 04/08/2020 | 37 | NOTICE by Charter Communications, Inc. re 31 MOTION to Stay (Watstein, Ryan) (Entered: 04/08/2020) |
| 04/08/2020 | 38 | Joint REPORT of Rule 26(f) Planning Meeting. (Fraietta, Philip) (Entered: 04/08/2020) |
| 04/23/2020 | 39 | Memorandum in Opposition re 31 MOTION to Stay filed by Daniel Rease. (Attachments: # 1 Exhibit A)(Fraietta, Philip) (Entered: 04/23/2020) |
| 05/07/2020 | 40 | REPLY to Response to 31 MOTION to Stay filed by Charter Communications, Inc.. |

| | | |
|---|---|---|
| | | (Attachments: # <u>1</u> Exhibit A - Transcript)(Watstein, Ryan) (Entered: 05/07/2020) |
| 05/22/2020 | 41 | ORDER granting <u>31</u> Motion to Stay. The constitutionality of the TCPA is presently before the Supreme Court, which is expected to release a decision in June. Even assuming that the plaintiff's argument that <u>Barr v. American Ass'n of Political Consultants</u> will not control the outcome of the case is correct, it seems unlikely that the Supreme Court's analysis of the constitutionality of the TCPA will be entirely irrelevant to this case. Additionally, the Court finds it unlikely that plaintiff will be meaningfully prejudiced by this brief stay. "[T]he stay here is [about one month] and any alleged harm to Plaintiff is minimal. On the other hand, in the absence of a stay, Charter would be required to spend additional resources defending against this putative nationwide class action that may ultimately be rendered moot by the decision in <u>AAPC</u>." <u>Nakai v. Charter Commns, Inc.</u>, No. 19-8035-GW-SSx, 2020 WL 1908949, at *6 (C.D. Cal. Apr. 15, 2020). Accordingly, the motion is granted and the case is stayed until the Supreme Court releases its decision in <u>AAPC</u>. So ordered. Signed by Judge Robert N. Chatigny on 5/22/20. (Morgan, Luke) (Entered: 05/22/2020) |

<table>
<tr><td colspan="4"><strong>PACER Service Center</strong></td></tr>
<tr><td colspan="4"><strong>Transaction Receipt</strong></td></tr>
<tr><td colspan="4">05/26/2020 18:39:09</td></tr>
<tr><td><strong>PACER Login:</strong></td><td>Kcozlaw171</td><td><strong>Client Code:</strong></td><td>001157-00001</td></tr>
<tr><td><strong>Description:</strong></td><td>Docket Report</td><td><strong>Search Criteria:</strong></td><td>3:20-cv-00150-RNC</td></tr>
<tr><td><strong>Billable Pages:</strong></td><td>4</td><td><strong>Cost:</strong></td><td>0.40</td></tr>
</table>