# Exhibit C

Query    Reports    Utilities    Help    Log Out

EFILE,STAYED

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:20-cv-00266-RNC

| | |
|---|---|
| Carlier v. Charter Communications, Inc. | Date Filed: 02/26/2020 |
| Assigned to: Judge Robert N. Chatigny | Jury Demand: Plaintiff |
| Demand: $5,000,000 | Nature of Suit: 890 Other Statutory Actions |
| Cause: 28:1331 Fed. Question | Jurisdiction: Federal Question |

**Plaintiff**

**Kelly Carlier**
*on behalf of herself and all others similarly situated*

represented by **James J. Reardon , Jr**
Reardon Scanlon LLP
45 South Main Street Suite 305
West Hartford, CT 06107
860-955-9455
Fax: 860-520-5242
Email: james.reardon@reardonscanlon.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Arisohn**
Bursor & Fisher, P.A.
888 7th Avenue
New York
New York, NY 10019
646-837-7150
Fax: 212-989-9163
Email: jarisohn@bursor.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Charter Communications, Inc.**

represented by **Brian E. Moran**
Robinson & Cole LLP, Stamford
1055 Washington Boulevard 9th Floor
Stamford, CT 06901-2249
203-462-7512
Fax: 203-462-7599
Email: bmoran@rc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew A Keilson**
Kabat Chapman & Ozmer LLP
171 17th Street NW

    Ste 1550
    Atlanta, GA 30363
    404-400-7300
    Fax: 404-400-7333
    Email: mkeilson@kcozlaw.com
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Ryan Watstein**
    Kabat Chapman & Ozmer LLP
    171 17th Street NW
    Ste 1550
    Atlanta, GA 30363
    404-400-7300
    Fax: 404-400-7333
    Email: rwatstein@kcozlaw.com
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Trevor Loomis Bradley**
    Robinson & Cole LLP, Stamford
    1055 Washington Boulevard 9th Floor
    Stamford, CT 06901-2249
    203-462-7562
    Fax: 203-462-7599
    Email: tbradley@rc.com
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/26/2020 | 1 | COMPLAINT *(Class Action)* against Charter Communications, Inc. ( Filing fee $400 receipt number ACTDC-5717289.), filed by Kelly Carlier. (Attachments: # 1 Civil Cover Sheet)(Reardon, James) (Entered: 02/26/2020) |
| 02/26/2020 |   | Request for Clerk to issue summons as to Charter Communications, Inc.. (Reardon, James) (Entered: 02/26/2020) |
| 02/26/2020 |   | Judge Janet C. Hall added. (Oliver, T.) (Entered: 02/26/2020) |
| 02/26/2020 | 2 | NOTICE of Related Case by Kelly Carlier (Reardon, James) (Entered: 02/26/2020) |
| 02/26/2020 | 3 | Order on Pretrial Deadlines: Amended Pleadings due by 4/26/2020. Discovery due by 8/27/2020. Dispositive Motions due by 10/1/2020.<br>Signed by Clerk on 2/26/2020. (Reis, Julia) (Entered: 02/27/2020) |
| 02/26/2020 | 4 | ELECTRONIC FILING ORDER FOR COUNSEL - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Janet C. Hall on 2/26/2020. (Reis, Julia) (Entered: 02/27/2020) |
| 02/26/2020 | 5 | STANDING PROTECTIVE ORDER<br>Signed by Judge Janet C. Hall on 2/26/2020. (Reis, Julia) (Entered: 02/27/2020) |
| 02/26/2020 | 6 | Standing Order re: Discovery<br>Signed by Judge Janet C. Hall on 2/26/2020. (Reis, Julia) (Entered: 02/27/2020) |

| Date | # | Description |
|---|---|---|
| 02/27/2020 | 7 | NOTICE TO COUNSEL/SELF-REPRESENTED PARTIES : Counsel or self-represented parties initiating or removing this action are responsible for serving all parties with attached documents and copies of 1 Complaint filed by Kelly Carlier, 2 Notice of Related Case filed by Kelly Carlier, 3 Order on Pretrial Deadlines, 4 Electronic Filing Order, 5 Standing Protective Order, 6 Standing Order re: Discovery Signed by Clerk on 2/27/2020. (Reis, Julia) (Entered: 02/27/2020) |
| 02/27/2020 | 8 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Charter Communications, Inc.* with answer to complaint due within *21* days. Attorney *James J. Reardon, Jr* *Reardon Scanlon LLP* *45 South Main Street Suite 305* *West Hartford, CT 06107*. (Reis, Julia) (Entered: 02/27/2020) |
| 03/02/2020 | 9 | SUMMONS Returned Executed by Kelly Carlier. Charter Communications, Inc. served on 2/27/2020, answer due 3/19/2020. (Reardon, James) (Entered: 03/02/2020) |
| 03/11/2020 | 10 | ORDER OF TRANSFER. Case reassigned to Judge Charles S. Haight, Jr. for all further proceedings. Signed by Judge Janet C. Hall on 3/11/2020. (Reis, Julia) (Entered: 03/12/2020) |
| 03/16/2020 | 11 | MOTION for Attorney(s) Joshua D. Arisohn to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5751408) by Kelly Carlier. (Reardon, James) (Entered: 03/16/2020) |
| 03/16/2020 | 12 | MOTION for Attorney(s) Joshua D. Arisohn to be Admitted Pro Hac Vice by Kelly Carlier. (Attachments: # 1 Exhibit Declaration)(Reardon, James) (Entered: 03/16/2020) |
| 03/16/2020 | 13 | NOTICE of Appearance by Brian E. Moran on behalf of Charter Communications, Inc. (Moran, Brian) (Entered: 03/16/2020) |
| 03/16/2020 | 14 | NOTICE of Appearance by Trevor Loomis Bradley on behalf of Charter Communications, Inc. (Bradley, Trevor) (Entered: 03/16/2020) |
| 03/16/2020 | 15 | MOTION for Extension of Time until April 9, 2020 to respond to class action complaint 1 Complaint by Charter Communications, Inc.. (Bradley, Trevor) (Entered: 03/16/2020) |
| 03/16/2020 | 16 | NOTICE of Related Case by Charter Communications, Inc. (Bradley, Trevor) (Entered: 03/16/2020) |
| 03/17/2020 | 17 | ORDER granting 12 Motion to Appear Pro Hac Vice for Joshua D. Arisohn. Certificate of Good Standing due by 5/16/2020. Signed by Clerk on 03/17/2020. (Nuzzi, Tiffany) (Entered: 03/17/2020) |
| 03/27/2020 | 18 | MOTION to Stay *Case* by Charter Communications, Inc..Responses due by 4/17/2020 (Bradley, Trevor) (Entered: 03/27/2020) |
| 03/27/2020 | 19 | Memorandum in Support re 18 MOTION to Stay *Case* filed by Charter Communications, Inc.. (Bradley, Trevor) (Entered: 03/27/2020) |
| 03/30/2020 | 20 | NOTICE of Appearance by Joshua Arisohn on behalf of Kelly Carlier (Arisohn, Joshua) (Entered: 03/30/2020) |
| 04/06/2020 | 21 | MOTION for Attorney(s) Adamson B. Starr to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5787808) by Charter Communications, Inc.. (Bradley, Trevor) (Entered: 04/06/2020) |
| 04/06/2020 | 22 | AFFIDAVIT re 21 MOTION for Attorney(s) Adamson B. Starr to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5787808) Signed By Adamson B. Starr filed by Charter Communications, Inc.. (Attachments: # 1 Exhibit Attachment A to Declaration)(Bradley, Trevor) (Entered: 04/06/2020) |

| | | |
|---|---|---|
| 04/06/2020 | 23 | MOTION for Attorney(s) Matthew A. Keilson to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5787900) by Charter Communications, Inc.. (Bradley, Trevor) (Entered: 04/06/2020) |
| 04/06/2020 | 24 | AFFIDAVIT re 23 MOTION for Attorney(s) Matthew A. Keilson to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5787900) Signed By Matthew A. Keilson filed by Charter Communications, Inc.. (Attachments: # 1 Exhibit Attachment A to Declaration)(Bradley, Trevor) (Entered: 04/06/2020) |
| 04/06/2020 | 25 | MOTION for Attorney(s) Ryan D. Watstein to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5787925) by Charter Communications, Inc.. (Bradley, Trevor) (Entered: 04/06/2020) |
| 04/06/2020 | 26 | AFFIDAVIT re 25 MOTION for Attorney(s) Ryan D. Watstein to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5787925) Signed By Ryan D. Watstein filed by Charter Communications, Inc.. (Attachments: # 1 Exhibit Attachment A to Declaration)(Bradley, Trevor) (Entered: 04/06/2020) |
| 04/07/2020 | 27 | ORDER granting 23 Motion to Appear Pro Hac Vice for Matthew A. Keilson. Certificate of Good Standing due by 6/6/2020. Signed by Clerk on 04/07/2020. (Nuzzi, Tiffany) (Entered: 04/07/2020) |
| 04/07/2020 | 28 | ORDER granting 21 Motion to Appear Pro Hac Vice for Adamson B. Starr. Certificate of Good Standing due by 6/6/2020. Signed by Clerk on 04/07/2020. (Nuzzi, Tiffany) (Entered: 04/07/2020) |
| 04/07/2020 | 29 | ORDER granting 25 Motion to Appear Pro Hac Vice for Ryan D. Watstein. Certificate of Good Standing due by 6/6/2020. Signed by Clerk on 04/07/2020. (Nuzzi, Tiffany) (Entered: 04/07/2020) |
| 04/08/2020 | 30 | Consent MOTION for Extension of Time to File Response/Reply as to 18 MOTION to Stay *Case* until May, 1 2020 by Kelly Carlier. (Arisohn, Joshua) (Entered: 04/08/2020) |
| 04/08/2020 | 31 | NOTICE by Charter Communications, Inc. re 18 MOTION to Stay *Case*, 19 Memorandum in Support of Motion (Watstein, Ryan) (Entered: 04/08/2020) |
| 04/09/2020 | 32 | NOTICE of Appearance by Ryan Watstein on behalf of Charter Communications, Inc. (Watstein, Ryan) (Entered: 04/09/2020) |
| 04/09/2020 | 33 | *Defendant's* ANSWER to 1 Complaint with Affirmative Defenses by Charter Communications, Inc..(Watstein, Ryan) (Entered: 04/09/2020) |
| 04/09/2020 | 34 | ELECTRONIC ORDER. Plaintiff's 30 *Motion for Extension of Time to File Opposition to Defendant's Motion to Stay* is GRANTED, absent objection and for good cause shown. Plaintiff may now file its opposition to Defendant's 18 *Motion to Stay Case* on or before **May 1, 2020**. Signed by Judge Charles S. Haight, Jr. on April 9, 2020. (Gitlin, A.) (Entered: 04/09/2020) |
| 04/09/2020 | 35 | Corporate Disclosure Statement by Charter Communications, Inc.. (Watstein, Ryan) (Entered: 04/09/2020) |
| 04/09/2020 | 36 | ELECTRONIC ORDER. Defendant's 15 *Motion for Extension of Time to Respond to Class Complaint* until **April 9, 2020** is GRANTED, absent objection and for good cause shown. Signed by Judge Charles S. Haight, Jr. on April 9, 2020. (Gitlin, A.) (Entered: 04/09/2020) |
| 04/09/2020 | | Answer deadline updated for Charter Communications, Inc. to 4/9/2020. (Barry, Donna) (Entered: 04/10/2020) |
| 04/17/2020 | 37 | NOTICE of Appearance by Matthew A Keilson on behalf of Charter Communications, |

| | | |
|---|---|---|
| | | Inc. (Keilson, Matthew) (Entered: 04/17/2020) |
| 04/21/2020 | 38 | CERTIFICATE OF GOOD STANDING re 21 MOTION for Attorney(s) Adamson B. Starr to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5787808) by Charter Communications, Inc.. (Bradley, Trevor) (Entered: 04/21/2020) |
| 04/21/2020 | 39 | CERTIFICATE OF GOOD STANDING re 25 MOTION for Attorney(s) Ryan D. Watstein to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5787925) by Charter Communications, Inc.. (Bradley, Trevor) (Entered: 04/21/2020) |
| 04/21/2020 | 40 | CERTIFICATE OF GOOD STANDING re 23 MOTION for Attorney(s) Matthew A. Keilson to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC-5787900) by Charter Communications, Inc.. (Bradley, Trevor) (Entered: 04/21/2020) |
| 04/29/2020 | 41 | REPORT of Rule 26(f) Planning Meeting. (Reardon, James) (Entered: 04/29/2020) |
| 05/01/2020 | 42 | Memorandum in Opposition re 18 MOTION to Stay *Case* filed by Kelly Carlier. (Attachments: # 1 Exhibit A)(Reardon, James) (Entered: 05/01/2020) |
| 05/06/2020 | 43 | ORDER OF TRANSFER.<br>Case reassigned to Judge Robert N. Chatigny for all further proceedings.<br>Signed by Judge Charles S. Haight, Jr on 05/06/20. (Barry, Donna) (Entered: 05/06/2020) |
| 05/15/2020 | 44 | REPLY to Response to 18 MOTION to Stay *Case* filed by Charter Communications, Inc.. (Attachments: # 1 Exhibit A - AAPC Transcript, # 2 Exhibit B - Calhoun v. FLRish, Inc.) (Watstein, Ryan) (Entered: 05/15/2020) |
| 05/22/2020 | 45 | ORDER granting 18 Motion to Stay. The constitutionality of the TCPA is presently at issue before the Supreme Court, with a decision expected in June. Even assuming that plaintiffs are correct that the outcome of Barr v. American Ass'n of Political Consultants will not control the outcome of this case, it seems unlikely that the Court's analysis of the TCPA will be entirely irrelevant to the proceedings here. Additionally, the Court finds it unlikely that plaintiff will be meaningfully prejudiced by this brief stay. "[T]he stay here is [about one month] and any alleged harm to Plaintiff is minimal. On the other hand, in the absence of a stay, Charter would be required to spend additional resources defending against this putative nationwide class action that may ultimately be rendered moot by the decision in AAPC." Nakai v. Charter Comm'ns, Inc., No. 19-8035-GW-SSx, 2020 WL 1908949, at *6 (C.D. Cal. Apr. 15, 2020). Accordingly, the motion is granted and the case is stayed until the Supreme Court releases its decision in AAPC. So ordered. Signed by Judge Robert N. Chatigny on 5/22/20. (Morgan, Luke) (Entered: 05/22/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/26/2020 18:40:00 | | | |
| **PACER Login:** | Kcozlaw171 | **Client Code:** | 001157-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 3:20-cv-00266-RNC |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |