Ryan D. Watstein (*pro hac vice*)
rwatstein@kcozlaw.com
Matthew A. Keilson (*pro hac vice*)
mkeilson@kcozlaw.com
**KABAT CHAPMAN & OZMER LLP**
171 17th Street, Suite 1550
Atlanta, Georgia 30363
Telephone: (404) 400-7300
Facsimile: (404) 400-7333

*Counsel for Defendant,*
*All Reverse Mortgage, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
### (Prescott Division)

| | |
|---|---|
| Brenda Whittaker, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>All Reverse Mortgage, Inc.,<br><br>Defendant. | Case No: 3:20-cv-08016-DLR<br><br>**DEFENDANT ALL REVERSE MORTGAGE, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>*(Hussain v. Sullivan Buick-Cadillac-GMC Truck, Inc., et al.)*<br><br>Hon. Douglas L. Rayes<br><br>Complaint filed: January 16, 2020<br>FAC filed: March 3, 2020 |

1 | Defendant All Reverse Mortgage, Inc. hereby gives notice of new, persuasive authority that supports its Motion for Judgment on the Pleadings (Doc. 37; Doc. 42): *Hussain v. Sullivan Buick-Cadillac-GMC Truck, Inc., et al.*, 5:20-cv-00038-JSM-PR, Doc. 74 (M.D. Fla. Dec. 11, 2020), which is attached as Exhibit A.  In *Hussain*, Judge James S. Moody, Jr. dismissed the plaintiff's TCPA claim, holding that *Barr v. American Association of Political Consultants*, *Inc.*, 140 S. Ct. 2335 (2020) deprives federal courts of subject matter jurisdiction over alleged violations of the automated-call ban from 2015 to July 6, 2020, because this provision was an unconstitutional content-based restriction during that period, and federal courts are without jurisdiction to enforce unconstitutional statutes.  Ex. A at 5-7.

Dated:  December 11, 2020

**KABAT CHAPMAN & OZMER LLP**

By: /s/ *Ryan D. Watstein*

Ryan D. Watstein

*Counsel for Defendant, All Reverse Mortgage, Inc.*

-1-

# CERTIFICATE OF SERVICE

I certify that today I filed Defendant All Reverse Mortgage, Inc.'s **Notice of Supplemental Authority in Support of Its Motion for Judgment on the Pleadings** with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to the following counsel of record in this action:

| | |
|---|---|
| Penny K. Koepke | Patrick H. Peluso |
| Maxwell & Morgan, P.C. | Taylor T. Smith |
| 4854 E. Baseline Road, Suite 104 | Woodrow & Peluso, LLC |
| Mesa, Arizona 85206 | 3900 East Mexico Avenue, Suite 300 |
| (480) 833-1001 | Denver, Colorado 80210 |
| pkoepke@holaw.biz | (720) 213-0675 |
| | ppeluso@woodrowpeluso.com |
| | tsmith@woodrowpeluso.com |

DATED:  December 11, 2020         */s/ Ryan D. Watstein*

                                                            Ryan D. Watstein


                                                            *Counsel for Defendant*