Penny L Koepke
pkoepke@hoalaw.biz
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: 480-833-1001

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Classes*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>All Reverse Mortgage, Inc., a California corporation,<br><br>Defendant. | Case No. 3:20-cv-08016-DLR<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiff Brenda Whittaker ("Plaintiff"), by and through her undersigned counsel, hereby provides notice of the attached opinion issued on December 11, 2020, in *Abramson v. Federal Insurance Company Bay Area Health, LLC*, Case No. 8:19-cv-02523-TPB-AAS (M.D. Fla. Dec. 11, 2020) (attached hereto as Exhibit A) as supplemental authority in support of her Response in Opposition to Defendant All Reverse Mortgage, Inc.'s ("Defendant") Motion for Judgment on the Pleadings (dkt. 40).

The *Abramson* court denied a motion to dismiss for lack of subject matter jurisdiction, holding, in line with the vast majority of courts to consider this issue, that *Barr v. American Association of Political Consultants, Inc.*, 140 S. Ct. 2335 (2020) does not deprive federal courts of subject matter jurisdiction.

Respectfully Submitted,

**BRENDA WHITTAKER**, individually and on behalf of all others similarly situated,

Dated: December 12, 2020

By: */s/ Taylor T. Smith*
      One of Plaintiff's Attorneys

Penny L Koepke
pkoepke@hoalaw.biz
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: 480-833-1001
Fax: 480-969-8267

Patrick H. Peluso (*pro hac vice*)
ppeluso@woodrowpeluso.com
Taylor T. Smith (*pro hac vice*)
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676
Facsimile: (303) 927-0809

*Attorneys for Plaintiff and the Classes*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via Court's ECF system on December 12, 2020.

                                           /s/ Taylor T. Smith