**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**(Prescott Division)**

| | |
|---|---|
| Brenda Whittaker, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>All Reverse Mortgage, Inc.,<br><br>Defendant. | Case No: 3:20-cv-08016-DLR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS** |

The Motion for Leave to File a Response to Plaintiff's Notice of Supplemental Authority in Opposition to the Motion for Judgment on the Pleadings filed by Defendant All Reverse Mortgage Inc. came before this Court.

The Court, having fully reviewed the Parties' arguments and supporting documents both in favor of and in opposition to the Motion, hereby **GRANTS** the Motion.

**IT IS SO ORDERED**.

DATED: _____, 2020        _____
                                   HON. DOUGLAS L. RAYES
                                   United States District Judge