Penny L Koepke
pkoepke@hoalaw.biz
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Tel: 480-833-1001

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Classes*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Brenda Whittaker, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>All Reverse Mortgage, Inc., a California corporation,<br><br>Defendant. | Case No. 3:20-cv-08016-DLR<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Hon. Douglas L. Rayes |

On December 12, 2020, Plaintiff filed a Notice of Supplemental Authority alerting the Court of the December 11, 2020 decision in *Abramson v. Federal Insurance Company Bay Area Health, LLC*, Case No. 8:19-cv-02523-TPB-AAS (M.D. Fla. Dec. 11, 2020). (Dkt. 45.) On December 14, 2020, Defendant filed a Motion for Leave to File Response to Plaintiff's Notice of Supplemental Authority. (Dkt. 46.)

In Defendant's Motion, Defendant accuses Plaintiff of making a false statement in her notice. (*Id.* at 1) ("the notice itself contains a false statement"). Plaintiff's Notice states in relevant part that "[t]he *Abramson* court denied a motion to dismiss for lack of subject matter jurisdiction, holding, in line with the vast majority of courts to consider the issue, that *Barr v. American Association of Political Consultants, Inc.*, 140 S. Ct. 2335 (2020)

1  does not deprive federal courts of subject matter jurisdiction". (Dkt. 45.) This is not a false

2  characterization of *Abramson*. The *Abramson* decision states in relevant part:

> 3  The Court finds this argument unpersuasive. Although XenCall cites two
>
> 4  cases supporting its arguments, the vast majority of cases this Court has
>
> 5  reviewed conclude that parties may continue to bring claims under the
>
> 6  portions of § 227(b) unaltered by AAPC. *See, e.g., Buchanan v. Sullivan*, No.
>
> 7  8:20-CV-301, 2020 WL 6381563, at *3 (D. Neb. Oct. 30, 2020); *Schmidt v.*
>
> 8  *AmerAssist A/R Sols. Inc.*, No. CV-20-00230-PHX-DWL, 2020 WL 6135181,
>
> 9  at *4 n.2 (D. Ariz. Oct. 19, 2020); *Lacy v. Comcast Cable Communications,*
>
> 10  *LLC*, No. 3:19-cv-05007-RBL, 2020 WL 4698646, at *1 (W.D. Wash. Aug.
>
> 11  13, 2020); *Komaiko v. Baker Techs., Inc.*, No. 19-cv-03795-DMR, 2020 WL
>
> 12  5104041, at *2 (N.D. Cal. Aug. 11, 2020); *Burton v. Fundmerica, Inc.*, No.
>
> 13  8:19-CV-119, 2020 WL 4504303, at *1 n.2 (D. Neb. Aug. 5, 2020). The Court
>
> 14  finds these decisions persuasive and adopts their reasoning and analysis.
>
> 15  XenCall's motion to dismiss for lack of subject matter jurisdiction is denied.

16  (Dkt. 45-1, Ex. A, at 3-4.)

17  Thus, Plaintiff's Notice of Supplemental Authority accurately describes the

18  *Abramson* holding and Defendant's accusation that Plaintiff made a false statement to the

19  Court is not well taken.

20                                                  Respectfully Submitted,

21                                                  **BRENDA WHITTAKER**, individually and on
22                                                  behalf of all others similarly situated,

23  Dated: December 15, 2020          By:    /s/ Taylor T. Smith
24                                                       One of Plaintiff's Attorneys

25                                                  Penny L Koepke
                                                    pkoepke@hoalaw.biz
26                                                  Maxwell & Morgan, P.C.
                                                    4854 E. Baseline Road, Suite 104
27

28

1    Mesa, Arizona 85206
     Tel: 480-833-1001
2    Fax: 480-969-8267

3    Patrick H. Peluso (*pro hac vice*)
4    ppeluso@woodrowpeluso.com
     Taylor T. Smith (*pro hac vice*)
5    tsmith@woodrowpeluso.com
     Woodrow & Peluso, LLC
6    3900 East Mexico Ave., Suite 300
7    Denver, Colorado 80210
     Telephone: (720) 213-0676
8    Facsimile: (303) 927-0809

9    *Attorneys for Plaintiff and the Classes*
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

1

**CERTIFICATE OF SERVICE**

2        The undersigned hereby certifies that a true and correct copy of the above titled

3   document was served upon counsel of record by filing such papers via Court's ECF

4   system on December 15, 2020.

5                                                            /s/ Taylor T. Smith

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4