IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>All Reverse Mortgage, Inc.,<br><br>　　　　　　　　Defendant. | Case No. 3:20-cv-08016-DLR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Douglas L. Rayes |

Plaintiff Brenda Whittaker ("Plaintiff" or "Whittaker") and Defendant All Reverse Mortgage, Inc. ("Defendant" or "ARM"), through their counsel, stipulate as follows:

1. Plaintiff filed this alleged class action against Defendant.

2. Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows the parties to stipulate to the dismissal of an action at any time. No classes have been certified, meaning Rule 23(e) does not apply. Likewise, the case does not involve any receiver so as to implicate Rule 66.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant agree that the action shall be dismissed in its entirety and with prejudice with respect to the individual claims alleged by Plaintiff against Defendant. The claims of any members of the alleged class are dismissed without prejudice.

Plaintiff and Defendant further agree that each party is to bear her or its own costs.

Respectfully Submitted,

**BRENDA WHITTAKER**, individually and on behalf of all others similarly situated,

Dated: April 8, 2021

By: ___/s/ Patrick H. Peluso___
One of Plaintiff's Attorneys

Penny L. Koepke
pkoepke@hoalaw.biz
Maxwell & Morgan, P.C.
4584 E. Baseline Road, Suite 104
Mesa, Arizona 85206
Telephone (480) 833-1001

Patrick H. Peluso*

ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676
Facsimile: (303) 927-0809
*Pro Hac Vice

Counsel for Plaintiff

and

By:    /s/ Matthew A. Keilson

Ryan D. Watstein (*pro hac vice*)
rwatstein@kcozlaw.com
Matthew A. Keilson (*pro hac vice*)
mkeilson@kcozlaw.com
**KABAT CHAPMAN & OZMER LLP**
171 17th St. NW, Ste. 1550
Atlanta, GA 30363
Telephone: (404) 400-7307
Facsimile: (404) 400-7333

*Counsel for Defendant, All Reverse Mortgage, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on April 8, 2021.

/s/ Patrick H. Peluso