# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda Whittaker,<br><br>       Plaintiff,<br><br>v.<br><br>All Reverse Mortgage Incorporated,<br><br>       Defendant. | No. CV-20-08016-PCT-DLR<br><br>**ORDER** |

    The Court having reviewed the parties' Stipulation of Dismissal with Prejudice (Doc. 72), and good cause appearing;

    **IT IS ORDERED** that, pursuant to the parties' stipulation, this matter is dismissed with prejudice as to Plaintiff's individual claims against Defendant, each party to bear their own costs and attorneys' fees. The claims of any members of an alleged class are dismissed without prejudice.

    Dated this 12th day of April, 2021.

*[signature]*
Douglas L. Rayes
United States District Judge